■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER JONES, Appellant. [651 NYS2d 316] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered April 17, 1995, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of depraved indifference murder beyond a reasonable doubt *(see, People v Rosario,* 208 AD2d 961; *People v Santana,* 163 AD2d 495, *affd* 78 NY2d 1027). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). Additionally, the defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Rosenblatt, J. P., Sullivan, Copertino and Joy, JJ., concur.